1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc.; Merjoda Music, Inc.;
7  Sony/ATV Latin Music Publishing LLC; EMI
   Blackwood Music Inc.; Collipark Music; Soar Loser
8  Music; Da Crippler Publishing; E W C Publishing Co.;
   Hip City Music Inc.; Hifrost Publishing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MERJODA MUSIC, INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; HIP CITY MUSIC INC.; HIFROST PUBLISHING,<br><br>Plaintiffs,<br>v.<br><br>FAHIMA GHAFARSHAD, individually and d/b/a WALTER'S RESTAURANT & BAKERY; and NANGYALAI GHAFARSHAD, individually and d/b/a WALTER'S RESTAURANT & BAKERY,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT |

**TroyGould PC**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0058 287331.1

Plaintiffs, Broadcast Music, Inc., Merjoda Music, Inc., Sony/ATV Latin Music Publishing LLC, EMI Blackwood Music Inc., Collipark Music, Soar Loser Music, Da Crippler Publishing, E W C Publishing Co., Hip City Music Inc. and Hifrost Publishing (collectively, "Plaintiffs") by their attorneys, for their Complaint against Defendants Fahima Ghafarshad, individually and d/b/a Walter's Restaurant & Bakery and Nangyalai Ghafarshad, individually and d/b/a Walter's Restaurant & Bakery (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Merjoda Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Sony/ATV Latin Music Publishing LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Collipark Music is a sole proprietorship owned by Michael Antoine Crooms. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Soar Loser Music is a sole proprietorship owned by Warren Anderson Mathis. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Da Crippler Publishing is a sole proprietorship owned by Eric Von Jackson, Jr. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff E W C Publishing Co. is a sole proprietorship owned by Deongelo Marquel Holmes. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Hip City Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Hifrost Publishing is a sole proprietorship owned by Hiriam Hicks and Elliot Straite. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Defendant Fahima Ghafarshad operates, maintains and controls an establishment known as Walter's Restaurant & Bakery, located at 310 Yale Ave., Claremont, CA 91711, in this district (the "Establishment").

15. In connection with the operation of this business, Defendant Fahima Ghafarshad publicly perform musical compositions and/or cause musical compositions to be publicly performed.

16. Defendant Fahima Ghafarshad has a direct financial interest in the Establishment.

17. Defendant Nangyalai Ghafarshad operates, maintains and controls the Establishment.

18. In connection with the operation of this business, Defendant Nangyalai Ghafarshad publicly perform musical compositions and/or cause musical compositions to be publicly performed.

19. Defendant Nangyalai Ghafarshad has a direct financial interest in the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

20. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 19.

21. Since October 2013, BMI has reached out to Defendants over twenty-five (25) times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

22. Plaintiffs allege five (5) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

23. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim

1  at issue; Line 5 providing the date on which the copyright registration was issued for the
2  musical composition; Line 6 indicating the copyright registration number(s) for the musical
3  composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the
4  Establishment where the infringement occurred.

5      24.     For each work identified on the Schedule, the person(s) named on Line 3 was
6  the creator of that musical composition.

7      25.     For each work identified on the Schedule, on or about the date(s) indicated on
8  Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied
9  in all respects with the requirements of the Copyright Act and received from the Register of
10 Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

11     26.     For each work identified on the Schedule, on the date(s) listed on Line 7,
12 Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical
13 composition identified on Line 2.  For each work identified on the Schedule, on the date(s)
14 listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright
15 in the respective musical composition listed on Line 2.

16     27.     For each work identified on the Schedule, on the date(s) listed on Line 7,
17 Defendants publicly performed and/or caused to be publicly performed at the Establishment
18 the musical composition identified on Line 2 without a license or permission to do so.
19 Thus, Defendants have committed copyright infringement.

20     28.     The specific acts of copyright infringement alleged in the Complaint, as well
21 as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and
22 incalculable damage.  By continuing to provide unauthorized public performances of works
23 in the BMI Repertoire at the Establishment, Defendants threaten to continue committing
24 copyright infringement.  Unless this Court restrains Defendants from committing further
25 acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have
26 no adequate remedy at law.

27
28

**TroyGould PC**

29. Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from infringing, in any manner, the copyrighted musical compositions licensed by BMI.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Date: November 14, 2016

TROYGOULD PC
JEFFREY W. KRAMER
ANNMARIE MORI

By: /s/ AnnMarie Mori
 AnnMarie Mori
Attorneys for Plaintiffs
Broadcast Music, Inc.; Merjoda Music, Inc.; Sony/ATV Latin Music Publishing LLC; EMI Blackwood Music Inc.; Collipark Music; Soar Loser Music; Da Crippler Publishing; E W C Publishing Co.; Hip City Music Inc.; Hifrost Publishing

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | You Don't Own Me |
| Line 3 | Writer(s) | John Madara; David White |
| Line 4 | Publisher Plaintiff(s) | Merjoda Music, Inc. |
| Line 5 | Date(s) of Registration | 2/15/91     10/30/63 |
| Line 6 | Registration No(s). | RE 525-789    E 797176 |
| Line 7 | Date(s) of Infringement | 7/2/16 |
| Line 8 | Place of Infringement | Walter's Restaurant & Bakery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Suavemente |
| Line 3 | Writer(s) | Elvis Crespo |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 1/29/99 |
| Line 6 | Registration No(s). | PA 934-438 |
| Line 7 | Date(s) of Infringement | 7/16/16 |
| Line 8 | Place of Infringement | Walter's Restaurant & Bakery |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Tu Sonrisa |
| Line 3 | Writer(s) | Elvis Crespo |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 1/29/99 |
| Line 6 | Registration No(s). | PA 934-438 |
| Line 7 | Date(s) of Infringement | 7/16/16 |
| Line 8 | Place of Infringement | Walter's Restaurant & Bakery |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Ms. New Booty | |
| Line 3 | Writer(s) | Michael Antoine Crooms; Deongelo Holmes; Eric Jackson; Warren Anderson Mathis | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Michael Antoine Crooms d/b/a Collipark Music; Warren Anderson Mathis d/b/a Soar Loser Music; Eric Von Jackson, Jr. d/b/a Da Crippler Publishing; Deongelo Marquel Holmes d/b/a E W C Publishing Co. | |
| Line 5 | Date(s) of Registration | 3/2/06 | |
| Line 6 | Registration No(s). | PA 1-163-734 | |
| Line 7 | Date(s) of Infringement | 7/2/16 | 7/15/16 |
| Line 8 | Place of Infringement | Walter's Restaurant & Bakery | |

| Line 1 | Claim No. | 5 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Poison | | |
| Line 3 | Writer(s) | Elliot T. Straite | | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | | |
| Line 5 | Date(s) of Registration | 8/14/89 | 3/19/90 | 6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846 | PAu 1-410-225 | PA 475-115 |
| Line 7 | Date(s) of Infringement | 7/15/16 | | |
| Line 8 | Place of Infringement | Walter's Restaurant & Bakery | | |