1 JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
2 ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
3 TROYGOULD PC
1801 Century Park East, 16th Floor
4 Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
5 Facsimile: (310) 201-4746

6 Attorneys for Plaintiffs
Broadcast Music, Inc.; Merjoda Music, Inc.;
7 Sony/ATV Latin Music Publishing LLC; EMI
Blackwood Music Inc.; Collipark Music; Soar
8 Loser Music; Da Crippler Publishing; E W C
Publishing Co.; Hip City Music Inc.; Hifrost
9 Publishing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MERJODA MUSIC, INC.; SONY/ATV LATIN MUSIC PUBLISHING LLC; EMI BLACKWOOD MUSIC INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; E W C PUBLISHING CO.; HIP CITY MUSIC INC.; HIFROST PUBLISHING,<br><br>Plaintiffs,<br>v.<br><br>FAHIMA GHAFARSHAD, individually and d/b/a WALTER'S RESTAURANT & BAKERY; and NANGYALAI GHAFARSHAD, individually and d/b/a WALTER'S RESTAURANT & BAKERY,<br><br>Defendants. | Case No. 2:16-cv-08447-PA (JPRx)<br><br>ORDER ON JOINT STIPULATION RE DISMISSAL<br><br>Assigned To: Hon. Percy Anderson |

**TroyGould PC**

[PROPOSED] ORDER ON JOINT STIPULATION RE DISMISSAL

03202-0058 299273.1

Plaintiffs Broadcast Music, Inc., Merjoda Music, Inc., Sony/ATV Latin Music Publishing LLC, EMI Blackwood Music Inc., Collipark Music, Soar Loser Music, Da Crippler Publishing, E W C Publishing Co., Hip City Music Inc. and Hifrost Publishing (collectively, "Plaintiffs") and Defendants Fahima Ghafarshad, individually and d/b/a Walter's Restaurant & Bakery and Nangyalai Ghafarshad, individually and d/b/a Walter's Restaurant & Bakery (collectively, "Defendants") jointly submitted a stipulation re dismissal without prejudice.

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1) The claims and causes of action alleged against Defendants are hereby dismissed WITHOUT PREJUDICE. The Court will convert the dismissal to a dismissal with prejudice upon the execution of the settlement documents.

(2) The Court will retain jurisdiction for thirty days to enforce the Settlement Agreement in the event the parties' settlement agreement is not executed. Either party may seek to have the matter reopened to enforce the terms of the settlement agreement. If the Court has not heard from either party at the end of the thirty day period, the matter will be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 16, 2017

_____
UNITED STATES DISTRICT JUDGE